Judgment in a Civil Case (02/11)

# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

| | |
|---|---|
| **Darrell Radson** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | ) Case Number: 18-CV-1374 |
| | ) |
| **Bradley University** | ) |
| | ) |
| **Defendant.** | ) |

## JUDGMENT IN A CIVIL CASE

☒ **JURY VERDICT**.   This action came before the Court for a trial by jury.   The issues have been tried and the jury has rendered its verdict.

**IT IS ORDERED AND ADJUDGED** that Plaintiff Darrell Radson recover from Defendant Bradley University $40,000.00 in punitive damages on his claim of discrimination on the basis of national origin.

**Dated:**   10/23/2020

Approved: 10/23/2020

s/ Shig Yasunaga

Shig Yasunaga
Clerk, U.S. District Court