## AFFIDAVIT

STATE OF ILLINOIS )
) Re: Attorney Fees
COUNTY OF SANGAMON )

NOW COMES, GRADY E. HOLLEY, after first being duly sworn upon his oath, and states as follows:

1. The undersigned, Grady E. Holley, is an attorney, licensed to practice law in the State of Illinois, with an office located at 440 S. Grand Ave. W., Springfield, Illinois.

2. The undersigned has been practicing law in Springfield, Illinois since October 1, 1970, and has been continuously licensed to practice in the Central District of Illinois since the fall of 1970, and is also currently a member in good standing in the Southern District of Illinois, Eastern District of Missouri, 7th Circuit Court of Appeals, and the Supreme Court of the United States of America.

3. Throughout my career, I have been engaged in the practice of litigation in the state courts of Illinois, as well as in Federal District Courts in the Central District of Illinois, Southern District of Illinois, and Eastern District of Missouri.

4. For approximately the first 20 years of my career, I engaged primarily in the defense of civil ligation and since 1990 to date, I have concentrated my practice in representing plaintiffs in civil ligation, with a primary focus on representing plaintiffs in jury trials in numerous counties in state courts, and in the Central District.

1

5. I am currently representing a Plaintiff in the case entitled, "William Sharp, Plaintiff vs. Trustees of UMWA 1974 Pension Trust, Defendant, Case No. 3:18-CV-03056-SEM-TSH" pending in the United States District Court in the Central District of Illinois, Springfield division.

6. The above case is an action brought under ERISA for disability benefits arising from a mine accident occurring at a coal mine near Virden, Illinois.

7. Following filing of cross motions for Summary Judgment, the Court Entered an order on February 28, 2020 in favor of the plaintiff, awarding disability benefits.

8. The undersigned thereafter sought to recover attorney's fees from the defendants (Trustees of the UMWA 1974 Pension Trust) as the attorney for the successful party plaintiff. Among the contested issues, the appropriate hourly rate of compensation for the undersigned's services was at issue.

9. On or about May 18, 2020, the Honorable Sue Myerscough ruled in favor of the Plaintiff's request for attorney's fees and ruled that the undersigned was entitled to attorney's fees at the rate of $350.00 per hour for time expended representing the Plaintiff in the ERISA ligation.

FURTHER AFFIANT SAYETH NOT.

_____
Grady E. Holley

SUBSCRIBED AND SWORN to before me this 9TH day of November, 2020.

_____
Notary Public

OFFICIAL SEAL
**CAROL THEIVAGT**
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 09-25-2024